# EXHIBIT 3

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>CLAUDE EARL WALKER, Attorney General of the United States Virgin Islands, in his official capacity, COHEN MILSTEIN SELLERS & TOLL, PLLC, in its official capacity as designee, and LINDA SINGER, in her official capacity as designee,<br><br>*Defendants.* | Case No. _____ |

## INDEX OF ALL DOCUMENTS

| Exhibit | Description | Date Filed in State Court |
|---|---|---|
| 1 | Civil Cover Sheet | n/a |
| 2 | Supplemental Cover Sheet | n/a |
| 3 | Index of All Documents | n/a |
| 4 | State Court Docket Sheet | n/a |
| 5 | Plaintiff's Original Petition For Declaratory Relief | 04.13.2016 |
| 6 | Civil Case Information Sheet | 04.13.2016 |
| 7 | Citation to Claude Earl Walker | 04.14.2016 |
| 8 | Citation to Cohen Milstein Sellers & Toll PLLC | 04.14.2016 |
| 9 | Citation to Linda Singer | 04.14.2016 |
| 10 | Daniel J. Toal's Motion for Pro Hac Vice Admission | 04.15.2016 |
| 11 | Philip A. Vickers Motion in Support of Michele Hirshman's Motion for Pro Hac Vice Admission | 04.15.2016 |
| 12 | Order Granting Michele Hirshman Admission Pro Hac Vice | 04.15.2016 |

| | | |
|---|---|---|
| 13 | Michele Hirshman's Motion for Pro Hac Vice Admission | 04.15.2016 |
| 14 | Philip A. Vickers' Motion in Support of Justin Anderson's Motion for Pro Hac Vice Admission | 04.15.2016 |
| 15 | Order Granting Justin Anderson Admission Pro Hac Vice | 04.15.2016 |
| 16 | Justin Anderson's Motion for Pro Hac Vice Admission | 04.15.2016 |
| 17 | Philip A. Vickers' Motion in Support of Daniel J. Toal's Motion for Pro Hac Vice Admission | 04.15.2016 |
| 18 | Order Granting Daniel J. Toal Admission Pro Hac Vice | 04.15.2016 |
| 19 | Theodore V. Wells, Jr. Motion for Pro Hac Vice Admission | 04.25.2016 |
| 20 | Philip A. Vickers' Motion in Support of Theodore V. Wells, Jr.'s Motion for Pro Hac Vice Admission | 04.25.2016 |
| 21 | Order Granting Theodore V. Wells, Jr. Admission Pro Hac Vice | 04.25.2016 |
| 22 | Return of Service on Claude Earl Walker | 04.25.2016 |
| 23 | Return of Service on Cohen Milstein Sellers & Toll PLLC | 04.25.2016 |
| 24 | Return of Service on Linda Singer | 04.25.2016 |
| 25 | The State of Texas Secretary of State Verification re Cohen Milstein Sellers & Toll PLLC | 05.10.2016 |
| 26 | The State of Texas Secretary of State Verification re Linda Singer | 05.10.2016 |
| 27 | Plea in Intervention of the States of Texas and Alabama | 05.16.2016 |
| 28 | Certificate of Interested Persons | n/a |