UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § § § | |
| Plaintiff, | § | |
| and | § § | |
| STATE of TEXAS and STATE of ALABAMA, | § § § | CIVIL ACTION NO. 4:16-CV-0364-K |
| Intervenor – Plaintiffs, | § § § | |
| v. | § § | |
| CLAUDE EARL WALKER, Attorney General of the United States Virgin Islands, in his official capacity, LINDA SINGER, and COHEN, MILSTEIN, SELLERS & TOLL, PLLC, | § § § § § § § | |
| Defendants. | § § | |

## INTERVENOR-PLAINTIFFS' RESPONSE TO MOTION OF PLAINTIFF EXXON MOBIL CORPORATION TO REMAND

To: The Honorable Judge of The Court:

As to the May 23, 2016 motion of Plaintiff Exxon Mobil Corporation to remand (ECF No. 11) the above styled and numbered cause to the 17th Judicial District Court, Tarrant County, Texas, the Intervenor-Plaintiffs take no position.

Dated: June 3, 2016

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy Attorney General for Legal
 Counsel

ANDREW D. LEONIE
Associate Deputy Attorney General for
 Special Litigation

AUSTIN R. NIMOCKS
Associate Deputy Attorney General for
 Special Litigation

/s/ Austin R. Nimocks
AUSTIN R. NIMOCKS
Texas Bar No. 24002695

Office of the Texas Attorney General
Special Litigation Division (Mail Code 001)
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*ATTORNEYS FOR INTERVENOR - PLAINTIFFS*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2016, this document was served to counsel of record through the Court's CM/ECF Document Filing System.

/s/ Austin R. Nimocks
Austin R. Nimocks