THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 4:16-CV-00364-K |
| CLAUDE EARL WALKER, Attorney General of the United States Virgin Islands, in his official capacity, LINDA SINGER, and COHEN, MILSTEIN, SELLERS & TOLL PLLC, | § § § § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of this action.

1. On March 22, 2016, Plaintiff Exxon Mobil Corporation ("ExxonMobil") received a subpoena issued by Defendant Claude Earl Walker, the Attorney General of the Virgin Islands ("Attorney General Walker"), who caused the subpoena to be mailed by the Virgin Islands' outside counsel, Cohen, Milstein, Sellers & Toll PLLC. (ECF No. 13-4 at App. 144-62.)

2. On April 13, 2016, ExxonMobil filed a petition in the 17th Judicial District Court of Tarrant County, Texas generally seeking declarations that the issuance of the subpoena violated ExxonMobil's rights under the First, Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, the Texas Constitution, and Texas common law. (ECF No. 13-5 at App. 188-214.)

1

3. On May 18, 2016, Defendants filed a notice of removal, whereby ExxonMobil's state court action was removed to this Court. (ECF No. 13-6 at App. 237-44.) ExxonMobil filed a motion to remand this action to state court on May 23, 2016, which this Court denied on June 21, 2016. (ECF No. 11 at 1-4; ECF No. 38.)

4. On June 21, 2016, this Court directed the parties to hold a scheduling conference no later than July 11, 2016, and to file a joint report within ten days of that conference. (ECF No. 39.) After conferring on the matter, the parties mutually agreed that Attorney General Walker will withdraw the subpoena and ExxonMobil will stipulate to the dismissal without prejudice of this action.

5. Accordingly, ExxonMobil hereby stipulates to the dismissal of this action without prejudice to its right to assert the same or similar claims against some or all of the Defendants and Attorney General Walker agrees to withdraw the subpoena.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each of the parties stipulate to the dismissal of this action without prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  June 29, 2016

EXXON MOBIL CORPORATION

By: /s/ Patrick J. Conlon
Patrick J. Conlon
(*pro hac vice*)
State Bar No. 24054300
Daniel E. Bolia
State Bar No. 24064919
daniel.e.bolia@exxonmobil.com
1301 Fannin Street
Houston, TX 77002
(832) 624-6336

/s/ Theodore V. Wells, Jr.
Theodore V. Wells, Jr.
(*pro hac vice*)
twells@paulweiss.com
Michele Hirshman
(*pro hac vice*)
Daniel J. Toal
(*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000
Fax: (212) 757-3990

Justin Anderson
(*pro hac vice*)
janderson@paulweiss.com
2001 K Street, NW
Washington, D.C.  20006-1047
(202) 223-7300
Fax: (202) 223-7420

/s/ Ralph H. Duggins
Ralph H. Duggins
State Bar No. 06183700
rduggins@canteyhanger.com
Philip A. Vickers
State Bar No. 24051699
pvickers@canteyhanger.com
Alix D. Allison
State Bar. No. 24086261
aallison@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2800
Fax: (817) 877-2807

/s/ Nina Cortell
Nina Cortell
State Bar No. 04844500
nina.cortell@haynesboone.com
HAYNES & BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
(214) 651-5579
Fax: (214) 200-0411

*Counsel for Exxon Mobil Corporation*

SUSMAN GODFREY L.L.P.

/s/ Mark L.D. Wawro
Terrell W. Oxford
State Bar No. 15390500
toxford@susmangodfrey.com
8117 Preston Road
Suite 300-79
Dallas, TX 75225
(214) 706-9193

Mark L.D. Wawro
Bar No. 20988275
mwawro@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
(713) 651-9366

E. Lindsay Calkins, *admitted Pro Hac Vice*
Washington Bar No. 44127
lcalkins@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue
Suite 3800
Seattle, Washington 98101
(206) 516-3880

*Attorneys for Defendants Claude Earl Walker, Cohen Milstein Sellers & Toll PLLC, and Linda Singer*