# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § § Plaintiff, § § and § § STATE of TEXAS and STATE of § ALABAMA, § § Intervenor – Plaintiffs, § § v. § § CLAUDE EARL WALKER, Attorney § General of the United States Virgin § Islands, in his official capacity, LINDA § SINGER, and COHEN, MILSTEIN, § SELLERS & TOLL, PLLC, § § Defendants. § § | CIVIL ACTION NO. 4:16-CV-0364-K |

## INTERVENOR-PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Intervenor-Plaintiffs, the State of Texas and the State of Alabama, hereby give notice that the above-captioned action is voluntarily dismissed, against the Defendants, CLAUDE EARL WALKER, Attorney General of the United States Virgin Islands, in his official capacity, and LINDA SINGER, and COHEN, MILSTEIN, SELLERS & TOLL, PLLC, without prejudice. Intervenor-Plaintiffs reserve the right to preserve and defend

the sovereign power and investigative and prosecutorial authority of Intervenor-Plaintiff States and to defend the rule of law against abuse by Defendants.

Dated: June 30, 2016

|  |  |
|---|---|
|  | Respectfully submitted, |
| LUTHER STRANGE<br>Attorney General of Alabama<br>501 Washington Ave.<br>Montgomery, Alabama 36104 | KEN PAXTON<br>Attorney General of Texas<br><br>JEFFREY C. MATEER<br>First Assistant Attorney General<br><br>BRANTLEY STARR<br>Deputy First Assistant Attorney General<br><br>PRERAK SHAH<br>Senior Counsel to the Attorney General<br><br>ANDREW D. LEONIE<br>Associate Deputy Attorney General for Special Litigation<br><br>AUSTIN R. NIMOCKS<br>Associate Deputy Attorney General for Special Litigation<br><br><u>/s/ Austin R. Nimocks</u><br>AUSTIN R. NIMOCKS<br>Texas Bar No. 24002695<br>Office of the Texas Attorney General<br>Special Litigation Division (Mail Code 001)<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>*ATTORNEYS FOR INTERVENOR - PLAINTIFFS* |

## CERTIFICATE OF SERVICE

I certify that on June 30, 2016, this document was served to counsel of record through the Court's CM/ECF Document Filing System.


                                         /s/ Austin R. Nimocks
                                         Austin R. Nimocks